**Dismissed and Memorandum Opinion filed October 20, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00777-CV

## IN THE MATTER OF THE MARRIAGE OF JESUS GARZA AND ANNA MARIA GARZA

**On Appeal from the 300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 70687**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from a judgment signed January 2, 2015. Appellant filed an untimely motion for new trial on August 26, 2015. Appellant's notice of appeal was also filed August 26, 2015.

The notice of appeal must be filed within 30 days after the judgment is signed when appellant has not filed a timely post-judgment motion. *See* Tex. R. App. P. 26.1. Appellant's notice of appeal was not filed timely.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1, but within the 15-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the 15-day period provided by Rule 26.3.

On September 22, 2015, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant's response filed October 1, 2015, fails to demonstrate that this court has jurisdiction to entertain the appeal.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Busby and Brown.